JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK USA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>SHARROLL D. SMITH,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>CV15-8299 SJO (FFMx)<br><br>ORDER RE REQUEST TO PROCEED<br>*IN FORMA PAUPERIS* |

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____   _____
Date                                                                     United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency                    ☐ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous         ☐ Immunity as to _____
☒ Other:  Defendant has not attached copies of state pleadings or otherwise explained what claims are asserted in the state complaint.  It is impossible to determine if this Court has jurisdiction. (continued below)

Comments:
Because defendant has the burden of demonstrating removal jurisdiction, there is no point in granting leave to proceed in forma pauperis.

October 27, 2015                                                        /S/ Frederick F. Mumm
Date                                                                           United States Magistrate Judge

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED
☒ DENIED (see comments above).  IT IS FURTHER ORDERED that this case is hereby:          ☐ DISMISSED.
                                                                                                                                                  ☒ REMANDED.

*S. James Otero*

October 29, 2015.
Date